United States District Court
Southern District of Texas
**ENTERED**
November 28, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 2:18-CR-1253 |
| | § | |
| CAMERON THOMAS AIELLO | § | |

## MEMORANDUM OPINION AND ORDER OF DETENTION PENDING TRIAL

A detention hearing has been held in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f). Detention of the defendant pending trial in this case is necessary because there is a serious risk that the defendant will not appear.

The evidence against the defendant meets the probable cause standard. The defendant's personal information still has not been verified to the satisfaction of the Court. Additionally, some of the information reported by the defendant has been contradicted by his mother. For example, the defendant apparently was not raised by foster parents as reported by the defendant. Further, the defendant does not have a suitable release plan and the defendant has most recently been homeless. The defendant is ordered detained pending trial. The findings and conclusions contained in the Pretrial Services Report are adopted. However, the defendant may move to re-open the detention hearing if defense counsel is able to present a suitable release plan, provided the defendant's personal information is more thoroughly verified.

The defendant is committed to the custody of the United States Marshal or his designated representative for confinement in a corrections facility separate, to the extent

practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

ORDERED this 28th day of November 2018.

_____
Jason B. Libby
United States Magistrate Judge